Kiki IKOSSI–ANASTASIOU,
Plaintiff–Appellant

v.

BOARD OF SUPERVISORS OF LOU-
ISIANA STATE UNIVERSITY,
Defendant–Appellee.

No. 10–31143.

United States Court of Appeals,
Fifth Circuit.

Dec. 14, 2011.

William Martin McGoey, Esq., Law Of-
fice of William M. McGoey, Metairie, LA,
for Plaintiff-Appellant.

Thomas Robert Peak, Esq., Taylor,
Porter, Brooks & Phillips, L.L.P., Baton
Rouge, LA, for Defendant-Appellee.

Before BARKSDALE, GARZA, and
ELROD, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.